## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE:  ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION** | : Case No. 2:19-md-02921 (BRM) (JAD)<br>: MDL No. 2921<br>:<br>: JUDGE BRIAN R. MARTINOTTI<br>: JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO:**

*L.Y.R. v. Allergan, Inc., et al.*, No. 2:19-cv-22147-BRM-JAD
*E.S.E., et al. v. Allergan, Inc., et al.*, No. 2:20-cv-00003-BRM-JAD
*F.A., et al. v. Allergan, Inc., et al.*, No. 2:20-cv-01760-BRM-JAD

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs L.Y.R., E.S.E., K.L., M.C., M.D.E., M.G., C.L., G.A.M., M.M.P., M.S., and A.V., through their undersigned counsel, hereby give notice that they voluntarily dismiss this action without prejudice.

**AHDOOT & WOLFSON, PC**

Dated:  July 23, 2020

*/s/ Bradley K. King*
Tina Wolfson
*twolfson@ahdootwolfson.com*
Henry Kelston
*hkelston@ahdootwolfson.com*
Bradley K. King
*bking@ahdootwolfson.com*
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: 310-474-9111
Fax: 310-474-8585

<u>**CERTIFICATE OF SERVICE**</u>

I, Bradley K. King, hereby certify that, on July 23, 2020, I caused to be filed the foregoing

document via the Court's CM/ECF system, which automatically generated a notice of electronic

filing to all counsel of record.

*/s/ Bradley K. King*

SO ORDERED:

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:**  07/23/2020